C. A. No. 78-224.   STATE *v.* ELBERT BARNES AND DENNIS R. GOMES. The petitions of defendants Elbert Barnes and Dennis R. Gomes to reargue are denied. *Dennis J. Roberts II,* Attorney General, *Faith A. LaSalle,* Special Assistant Attor-

ney General, for plaintiff, *Anthony E. Grilli*, for defendant Elbert Barnes, *Mary E. Levesque*, Assistant Public Defender, for defendant Dennis Gomes.